

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Merchants and Marine Bank Accounts:<br>▓9958 and ▓1525 | )<br>)<br>) Case No. ▓▓▓▓▓▓▓▓<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Mississippi_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
All assets and monies listed in accounts listed in "Attachment A," attached hereto and incorporated herein by reference.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before June 12, 2019
                                             *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____John C. Gargiulo_____.
                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
               ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 29MAY19 2:43p     _____/s/_____
                                     *Judge's signature*

City and state:   Gulfport, Mississippi       John Gargiulo, U.S. Magistrate Judge
                                      *Printed name and title*

## ATTACHMENT A

## BANK ACCOUNTS

a. MERCHANTS AND MARINE BANK account number ███9958, an account held in the name of THE GARDEN'S PHARMACY, LLC, and authorized signers: S. Kelly Levi, D. B. Levi, Jeffrey Wayne Rollins, and Dempsey Levi. All monies and assets in account.

b. MERCHANTS AND MARINE BANK account number ███1525, an account held in the name of ALVIX LABORATORIES, LLC, and authorized signers: Clark J. Levi and Hugh E. Ferry. This account received monies from MERCHANTS x9958. All monies and assets in account.