**COMPOSITE EXHIBIT "A"**



# Invoice

| BILL TO | SHIP TO | |
|---|---|---|
| Gardens Pharmacy | Gardens Pharmacy | **DATE** 09/25/2018 |
| 1019 Government Street | 1019 Government Street | **DUE DATE** 10/10/2018 |
| Ste F | Ste F | **TERMS** Net 15 |
| Ocean Springs, MS 39564 | Ocean Springs, MS 39564 | |
| US | US | |

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 09/25/2018 | Will Call | NA | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| FP1012-1<br>KamDoy Rx Skin Emulsion 60ml [15455-9566-1]<br>Lot Number: MP62004 (Expiration: 8/22/2021) | 16 | 390.00 | 6,240.00 |

*PAID*

|   | PAYMENT | 6,240.00 |
|---|---|---|
|   | BALANCE DUE | **$0.00** |

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



6601 Sunplex Drive. Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**DATE** 08/27/2018
**DUE DATE** 09/11/2018
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 08/27/2018 | Will Call | NA | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| FP1012-1<br>KamDoy Rx Skin Emulsion 60ml [15455-9566-1]<br>Lot Number: MP62001 (Expiration: 11/30/2020) | 16 | 390.00 | 6,240.00 |

PAID

| | |
|---|---|
| PAYMENT | 6,240.00 |
| BALANCE DUE | **$0.00** |

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**DATE** 08/07/2018
**DUE DATE** 08/22/2018
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 08/07/2018 | UPS Ground | 1Z2EX5240342677019 | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| FP1012-1<br>KamDoy Rx Skin Emulsion 60ml [15455-9566-1]<br>Lot Number: MP62002 (Expiration: 7/31/202?) | 16 | 390.00 | 6,240.00 |
| Freight | | | 8.08 |

|  | PAYMENT | 6,248.08 |
|---|---|---|
|  | BALANCE DUE | **$0.00** |

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



6601 Sunplex Drive, Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**DATE** 03/13/2018
**DUE DATE** 03/28/2018
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 03/13/2018 | UPS Ground | 1Z2EX5240341372411 | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **C10023-1000**<br>Gabapentin USP  [15455-0617-3]<br>Lot Number: 150237 (Expiration: 7/21/2018) | 1 | 135.04 | 135.04 |
| **C10016-1000**<br>Cyclobenzaprine HCl USP  [15455-0314-3]<br>Lot Number: 150059 (Expiration: 9/30/2019) | 1 | 176.84 | 176.84 |
| **Freight** | | | 13.24 |

PAID

PAYMENT    325.12
BALANCE DUE    **$0.00**

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



6601 Sunplex Drive, Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**DATE** 01/18/2018
**DUE DATE** 02/02/2018
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 01/18/2018 | UPS Ground | 1Z2EX5240340160320 | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| FP1003-1<br>CidalEaze, Lidocaine HCl 3% Cream (16oz) [1545-96-1]<br>Lot Number: 8122 (Expiration: 9/30/2018) | 6 | 150.00 | 900.00 |
| Freight | | | 9.22 |

PAID

PAYMENT  909.22
BALANCE DUE  **$0.00**

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



6601 Sunplex Drive, Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**7 ATE** 01/08/2018
**7 UE 7 ATE** 01/23/2018
**TERMS** Net 15

| SHIP 7 ATE | SHIP VIA | TRACDING NO. | P.O. NUMBER | PAKMENT METHO7 |
|---|---|---|---|---|
| 01/08/2018 | UPS Ground | 1Y2EZ5240342995596 | -- | ChecX |

| ACTIVITK | k TK | RATE | AMOUNT |
|---|---|---|---|
| C10015-1000<br>Bupivacaine HCl USP Q5455-6988-3[<br>Lot Number] 1501: 1 (Expiration] 6/30/2020) | 1 | 3: 3.: 4 | 3: 3.: 4 |
| C10060-1000<br>Lidocaine USP Q5455-1094-3[<br>Lot Number] 150185 (Expiration] 2/15/2020) | 1 | 65.: 4 | 65.: 4 |
| C10023-1000<br>Gabapentin USP  Q5455-061: -3[<br>Lot Number] 15023:  (Expiration] : /21/2018) | 1 | 135.04 | 135.04 |
| Freight | | | 16.88 |

PAKMENT 591.40
BALANCE 7 UE **$0.00**

PAID

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



**Alvix**
6601 Sunplex Drive. Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**SHIP TO**
Gardens Pharmacy
1019 Government Street
Ste F
Ocean Springs, MS 39564
US

**DATE** 01/03/2018
**DUE DATE** 01/18/2018
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 01/03/2018 | UPS Ground | 1Z2EX5240341054498 | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| FP1003-1<br>CidalEaze, Lidocaine HCl 3% Cream (16oz) [15455-?-?96-1]<br>Lot Number: 8122 (Expiration: 9/30/2018) | 2 | 150.00 | 300.00 |
| Freight | | | 8.04 |

PAID

| | PAYMENT | 308.04 |
|---|---|---|
| | BALANCE DUE | **$0.00** |

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449



6601 Sunplex Drive. Ocean Springs, MS 39564
1.888.526.5449 • www.Alvix.com

# Invoice

**BILL TO**
Lovelace Drugs
801 Washington Ave
Ocean Springs, MS 39564
US

**SHIP TO**
Lovelace Drugs
801 Washington Ave
Ocean Springs, MS 39564
US

**DATE** 01/23/2019
**DUE DATE** 02/07/2019
**TERMS** Net 15

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER | PAYMENT METHOD |
|---|---|---|---|---|
| 01/23/2019 | Will Call | NA | -- | Check |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C10015-1000<br>Bupivacaine HCl USP [15455-6988-3]<br>Lot Number: 150171 (Expiration: 6/30/2020) | 1 | 373.74 | 373.74 |
| C10016-1000<br>Cyclobenzaprine HCl USP [15455-0314-3]<br>Lot Number: 150059 (Expiration: 9/30/2019) | 1 | 176.84 | 176.84 |

PAID

| | |
|---|---|
| PAYMENT | 550.58 |
| BALANCE DUE | **$0.00** |

Alvix Laboratories, LLC.
Customer Service / Accounts Receivable
accounting@Alvix.com
1-888-526-5449