
EXHIBIT C

**Sent:** Monday, June 17, 2019 3:15 PM
**To:** Davis, Dustin (CRM) <Dustin.Davis@crm.usdoj.gov>
**Cc:** Van Buskirk, Kathlyn (USAMSS) <kvanbuskirk@usa.doj.gov>; Sarah Zimmerman < >
**Subject:** Alvix Laboratories LLC

Dustin

Hope all is well. As you know I represent Alvix Laboratories LLC ("Alvix"). I am contacting you regarding the seizure of funds from it's account held at the Merchants and Marine Bank on or about May 29, 2019.

I have reviewed the Warrant to Seize Property Subject to Forfeiture as well as attachment A, section b, whereby it states "…. This account received monies from MERCHANTS x9958. All monies and assets in account."

From review of the bank records, Alvix has only received $550.58 in 2019 and $20,861.86 in 2018. Even assuming the government had any entitlement to monies received by Alvix (which is denied) from Gardens prior to 2017, those funds would not longer be in the Alvix account and nor would those funds be defined as substitute assets. Of course Alvix does not believe the government has any rights to any of these funds at all.

Please let me know when we can discuss to determine if we can resolve this without Court involvement.

Thanks

**Brian E. Dickerson, Esq.**
Direct: 202.570.0248| brian.dickerson@fisherbroyles.com | fisherbroyles.com
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DENVER• DALLAS • DETROIT • HOUSTON • LOS ANGELES •MIAMI• NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY• SEATTLE • WASHINGTON, D.C.